# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA
# SOUTH BEND DIVISION

| | |
|---|---|
| SCOTT R. BLEVINS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CAUSE NO. 3:13-CV-515 |
| | ) |
| DAN H. HAMPTON, | ) |
| | ) |
| Defendant. | ) |

## **OPINION AND ORDER**

This matter is before the Court on the complaint and *in forma pauperis* petition submitted by Scott R. Blevins. (DE # 1, 2.) For the reasons set forth below, the court **DENIES** the *in forma pauperis* petition (DE # 2) and **DISMISSES** this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) because Dan H. Hampton has prosecutorial immunity.

DISCUSSION

In this case, Blevins sues Dan H. Hampton, the Kosciusko County Prosecuting Attorney. The only factual basis that Blevins provides for his claim is: "2008-2009 False Prosecution, Malicious Prosecution, Loss Wages, False Defamation of Character, False Confinement, Mental Anguish, Criminal Confinement for 6 months." DE # 1 at 2. Though this factual recitation is thin, it is clear that Blevins is suing Hampton for prosecuting him and for the

consequential injuries that resulted from that prosecution, *i.e.* incarceration, loss of employment, etc.

However, "in initiating a prosecution and in presenting the State's case, the prosecutor is immune from a civil suit for damages under § 1983." *Imbler v. Pachtman*, 424 U.S. 409, 431 (1976). "Absolute immunity shields prosecutors even if they act maliciously, unreasonably, without probable cause, or even on the basis of false testimony or evidence." *Cooper v. Parrish*, 203 F.3d 937, 947 (6th Cir. 2000) (quotation marks and citation omitted). Moreover, claims for defamation are not actionable under § 1983. *See Paul v. Davis*, 424 U.S. 693, 712 (1976) ("[W]e hold that the interest in reputation asserted in this case is neither 'liberty' nor 'property' guaranteed against state deprivation without due process of law.") Therefore this case must be dismissed.

CONCLUSION

For the reasons set forth above, the Court **DENIES** the *in forma pauperis* petition (DE # 2) and **DISMISSES** this case pursuant to 28 U.S.C. § 1915(e)(2)(B)(iii) because Dan H. Hampton has prosecutorial immunity.

**DATED: June 7, 2013**               /s/RUDY LOZANO, Judge
                                      **United States District Court**

2